UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **MARIA ALEJANDRA MONTOYA SANCHEZ, individually and as next friend of M.A.G.M., a minor,**<br><br>**A#213 638 103,**<br><br>    **Petitioners,**<br><br>**vs.**<br><br>**KRISTI NOEM, Secretary, Department of Homeland Security[1]; TODD M. LYONS, Acting Director, Immigration and Customs Enforcement[2]; JOE RODRIGUEZ, JR., Warden, Dilley Immigration Processing Center; ET AL.,**<br><br>    **Respondents.** | § § § § § § § § § § § § § § § § § § § | **PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. §2241**<br><br>**SA-25-CV-1410-FB** |

**ORDER**

Before the Court are Petitioners, Maria Alejandra Montoya Sanchez and her nine-year-old daughter, M.A.G.M.'s 28 U.S.C. § 2241 Petition for a Writ of Habeas Corpus (ECF No. 1). Petitioner Maria Alejandra Montoya Sanchez is proceeding *pro se* and has paid the filing fee. Petitioners challenge their detention by the U.S. Department of Homeland Security Bureau of Immigration and Customs Enforcement pending removal proceedings. Additionally, it appears Petitioners seek to raise claims regarding their medical care and treatment as well as their conditions of confinement.

In *Preiser v. Rodriguez*, 411 U.S. 475, 487–88 (1973), the Supreme Court held that where an inmate seeks release from confinement, the inmate's sole remedy is through a writ of habeas

---

[1] Although Plaintiff named Alejandro Mayorkas as the Secretary of Homeland Security, the Court has substituted Kristi Noem who succeeded Mr. Mayorkas.

[2] Although Plaintiff named Patrick J. Lechleitner as the Acting Director of Immigration and Customs Enforcement ("ICE"), the Court has substituted Todd M. Lyons, the current acting director.

corpus, and such relief is not available in a Section 1983 action. Similarly, section 1983 is the appropriate remedy for a prisoner seeking to raise claims regarding medical care and conditions of confinement. *Magoon v. Figueroa*, 70 F.3d 1267 (5th Cir. 1995) (*citing Cook v. Texas Dep't of Criminal Justice Transitional Planning Dep't*, 37 F.3d 166, 168 (5th Cir. 1994)).

Accordingly, **IT IS ORDERED** that all non-habeas raised in this Petition **are DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). Petitioners may refile these claims by submitting a civil complaint along with the filing fee or a request to proceed *in forma pauparis*. **The Clerk is directed to provide Petitioner with a copy of the necessary forms.**

It is so Ordered.

SIGNED this 26th day of January, 2026.

FRED BIERY
UNITED STATES DISTRICT JUDGE

2